```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**ANTHONY QUINN SMITH, II**                                              PLAINTIFF

      v.           Civil No. 11-5041

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                    DEFENDANT

### O R D E R

Now on this 16th day of May, 2011, comes on for consideration the **Report And Recommendation** of the Magistrate Judge (document #7), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, plaintiff's claim is hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                                JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE